# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   MELANIE B. TUBBS                              Case Number: 08-71968
5689 HEIDI DRIVE           SSN-xxx-xx-3465
ROCKFORD, IL  61109

Case filed on:  6/23/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PROGRESSIVE MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MELANIE B. TUBBS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 108,169.58 | 0.00 | 0.00 | 0.00 |
| 003 | HOWE REAL ESTATE | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
|  | Total Secured | 110,369.58 | 2,200.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LIGHTHOUSE FINANCIAL | 2,130.53 | 2,130.53 | 0.00 | 0.00 |
| 005 | SPS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CASHCALL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HARVARD COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MONTEREY FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 586.82 | 586.82 | 0.00 | 0.00 |
| 011 | NICOR ADVANCED | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD LUTHERAN SCHOOLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | UNITED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MICHAEL TUBBS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GALWAY FINANCIAL SERVICES LLC | 888.03 | 888.03 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,826.70 | 1,826.70 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 938.73 | 938.73 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 700.00 | 700.00 | 0.00 | 0.00 |
| 021 | ROUNDUP FUNDING LLC | 888.03 | 888.03 | 0.00 | 0.00 |
| 022 | ROUNDUP FUNDING LLC | 1,870.62 | 1,870.62 | 0.00 | 0.00 |
|  | Total Unsecured | 9,829.46 | 9,829.46 | 0.00 | 0.00 |
|  | Grand Total: | 120,199.04 | 12,029.46 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan